Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

23 DEC 22 PM 1:07

CLERK. M.akris
SO. DIST. OF GA.

|  |  |
|---|---|
| Nora Jeanine George | ) Case No. **CV123 - 194** |
| _Plaintiff(s)_ | ) _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) ) ) ) Jury Trial: _(check one)_ ☐ Yes ☐ No |
| -v- | ) ) |
| Woodspring Suites Augusta Riverwatch and/or Hotel Management Services, INC | ) ) ) ) |
| _Defendant(s)_ | ) ) |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) ) ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nora Jeanine George |
| Street Address | 2378 Richwood Drive |
| City and County | Augusta, Richmond |
| State and Zip Code | GA 30906 |
| Telephone Number | 706-840-6000 |
| E-mail Address | njgeorge1974@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Woodspring Suites Augusta Riverwatch |
| Job or Title *(if known)* | |
| Street Address | 2995 Riverwatch Parkway |
| City and County | Augusta Richmond |
| State and Zip Code | GA 30907 |
| Telephone Number | 706-733-8998 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Hotel Management Services, INC |
| Job or Title *(if known)* | |
| Street Address | 2304 Silverdale Drive |
| City and County | Johnson City |
| State and Zip Code | TN 37601 |
| Telephone Number | 423-524-8254 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Telephone Number    _____

E-mail Address *(if known)*    _____

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Woodspring Suites Augusta Riverwatch |
| Street Address | 2995 Riverwatch Parkway |
| City and County | Augusta Richmond |
| State and Zip Code | GA 30907 |
| Telephone Number | 706-733-8998 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

     *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

     *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

     *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☒ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☒ Retaliation.

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on date(s)

04/05/2022 - 10/03/2022

C.      I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☒ is/are not still committing these acts against me.

D.      Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race        As the only white employee, GM stated that myself and children would be in the house while she and her children would be in the fields. GM stated to put the diggy linen in the Mexican's room because they will only make them dirty.

☐ color       _____

☐ gender/sex  _____

| | | |
|---|---|---|
| ☒ | religion | GM took my hand and stated that even through she and I were of different religions that she was there if I needed to talk. GM and chaplin's assistant performed a "blessing of the building" after a guest of another religion occupied a room. |
| ☐ | national origin | |
| ☒ | age *(year of birth)* | 1974     *(only when asserting a claim of age discrimination.)* |
| ☒ | disability or perceived disability *(specify disability)* | |
| | Metnal illness, Neuropathy, PTSD | |

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

The general manager (GM) of Woodspring Suites Augusta Riverwatch made racial statements about my grandchildren, my child and me referring to my children and I would be in the house while she and her children would be in the field. She also told me to put the dingy linens in the rooms occupied by Mexicans because they only ruin them anyway. As early as my third week on the job, guest came to me regarding the GM being racist. When I relayed this to my GM, she became upset and stated that I was gossiping. Issues worsened after the GM met my husband.

A hostile work environment began less than a month of employment; when I spoke to my general manager, nothing was done until I filed a complaint with HR. Once I brought a complaint of Mr. Hart aggressively snatching papers from my hand, I was told that I was not performing my job duties and needed to ensure the linens were completed. Mr. Hart made shift change so hostile for my safety that, at times, some of the male guest would come to watch shift change. Mr. hart also spoke very rudely to my son when came into the building. After reporting to HR, I was counseled for Gossiping… even after no longer speaking to people.

Due to a health issue with my back, I am authorized to use handicap parking. The RM, GM and Mr. Hart would park in the slots even after a memo stating no employee could use handicap spaces. When I continued to park in the slot, my GM questioned my disability and need for parking in the slot that I am authorized for. I was threatened with a write up and even termination if I did not comply with the rule of no employee in the handicap spaces. I also injured my wrist on the washer while sorting linens, yet the GM would schedule me for the day off so I would not get paid the hours for being at the doctor. The GM also caused me to miss an appointment with my physician and when I took a different appointment date and time, she refused to give the time off. All my absences can be justified for illness and/or loss of my son. I did miss work for the month of June. I also requested a week off for a trip to Texas to handle legal matters there.

The GM and Chaplin's assistant performed a "blessing of the building" after a guest of another faith stayed in the building. When my son passed away, the GM took my hand and stated that even though we are of two different religion that she was there to talk to. The GM would play sermons and christen music on her speaker phone loud so anyone in the front office could hear it. When I reported this offensive action to that RM, she stated that the company was a faith-based company and ignored my complaint.

I was the oldest person and the only white person to be employee in that location of the hotels; Yet I was the main person that the GM would point out for discipline and/or the only one she would yell at.

I was fired for policy: 1. violation of Attendance which has documentation; 2. Policy of Fraternization with a guest that would talk to me while I worked. This claim was completely unfounded, and it did not interfere with my work performed. I was spoke to of this issue by the GM…yet her son was given a job by a man that the GM was friends with.; and 3. Policy of Failure to Complete Duties. I have several videos and photos to show the work I completed as well as what items were left by the previous shift. As the only older white employee, I felt that the GM Allowed the African American employee additional considerations that I was not afforded. I believe that I was treated differently due to my age, race, and religion. I also believe that the already hostile environment was ignored by both the GM and RM because I spoke about the racial inequalities that guest brought as complaints.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.       It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____12/10/2022_____

B.       The Equal Employment Opportunity Commission *(check one)*:

☐          has not issued a Notice of Right to Sue letter.

☒          issued a Notice of Right to Sue letter, which I received on *(date)*    9/26/2023    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.       Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒          60 days or more have elapsed.

☐          less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To Be Determined

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *December 22, 2023*

Signature of Plaintiff

Printed Name of Plaintiff    Nora Jeanine George

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____