IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| NORA JEANINE GEORGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 123-194 |
| | ) |
| WOODSPRING SUITES AUGUSTA RIVERWATCH and HOTEL MANAGEMENT SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 10, 12.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice, **DISMISSES** any potential state law claims without prejudice, and **CLOSES** this civil action.

SO ORDERED this 29th day of May, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA